**Exhibit A to the Complaint**

**Location:** Grand Rapids, MI  
**Total Works Infringed:** 26  
**IP Address:** 99.129.255.139  
**ISP:** AT&T Internet

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4FA6DAA4B0424D75CAC76A3588F638BA67C3EB7B<br>File Hash:<br>8182D585A1C509C0468E762BC35C7A5A5F1A3E370C43550AD51056D2B5897FE4 | 04/27/2024 12:50:01 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 2 | Info Hash: CA0C57F39204BE3311E700886FB8A36FE5BEC048<br>File Hash:<br>DEE9CD54EA3253447B4E37CAA345567BA1FE84D2A3FC64716FE6F088BA8B603A | 04/27/2024 12:49:39 | Blacked | 04/13/2024 | 05/08/2024 | PA0002470011 |
| 3 | Info Hash: 008F5ED805ADD5E218C47797EEACCF314EBBE100<br>File Hash:<br>4CE13C267165951262E3BE2EAD033A76BBC3CC77CB076AA0138CE18F0A5235FE | 04/20/2024 18:23:10 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 4 | Info Hash: 8FF68BF286B745BBD7C5A16C3C2FF22F609821A6<br>File Hash:<br>91E772999E32C2DAC35ED31677B9E82471C4DD0A655A91815690EBDDC2FEE17A | 03/30/2024 15:00:19 | Blacked Raw | 10/16/2022 | 11/01/2022 | PA0002378071 |
| 5 | Info Hash: B5202FB6B95AAEFAD9C830FC2190B849BB01CCC4<br>File Hash:<br>BFBAEC7766310AA258FE8EFFC1624863BFE048BA040A47BF33B4967381437ED8 | 01/28/2024 17:09:09 | Blacked | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 6 | Info Hash: 6CECBC349193EC9C7B76A2099FC15AE1A288D482<br>File Hash:<br>250DF55B05DE3EEB997D13B03E27C8D1B671ADD3EE18B3A40940920F646B24F8 | 07/25/2023 01:07:10 | Blacked Raw | 02/28/2023 | 03/05/2023 | PA0002399873 |
| 7 | Info Hash: 46857304ACE7F50BB0FA81A89D992DFD7234A063<br>File Hash:<br>E273352946EAC52115D1645E86441B060FD6CA129C923630923C5BFC08ABCBF2 | 05/11/2023 01:43:11 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 8 | Info Hash: 1A3BB4E8163B5F1CD768FCF274F03B6512CC0872<br>File Hash:<br>B21D9A5CEA58190545E356A4787140107DB2E6BD3D00903869BEE3827FA3CA3A | 05/11/2023 01:41:20 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |
| 9 | Info Hash: 0D9502EBEC90D5994005F1562A8E427917691A2C<br>File Hash:<br>86FD96202220B9498AC060C8ADE20CD7486B603F3ABDEDBC965A140098C1A301 | 05/05/2023 01:14:33 | Blacked Raw | 11/05/2022 | 12/11/2022 | PA0002384735 |
| 10 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash:<br>54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 01/22/2023 05:54:32 | Vixen | 11/12/2021 | 12/09/2021 | PA0002325810 |
| 11 | Info Hash: 0DA52CD859D8BFB4CE9AEFB0241F8897218FC9BF<br>File Hash:<br>3106FD3607D7FDFB170BF5EB5D3C039FAF5AB57C47C0133C5154E2B5AF1D8B62 | 01/22/2023 05:53:08 | Blacked Raw | 01/14/2023 | 01/27/2023 | PA0002393084 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 34F54A5FA7A7B73FBBE7AC8C2502DD9CAB334ABA<br>File Hash:<br>85CD1136215B89FE85060DA735A41FCF95B3255AACE5DA1883E1E79E1CE0E927 | 01/22/2023<br>05:52:53 | Blacked | 04/16/2022 | 04/23/2022 | PA0002346424 |
| 13 | Info Hash: B6AB371E8975D0F0E93BB0B6CFB1A51B09F639FE<br>File Hash:<br>55CCFCCB97FF68646EE1B96022FDDE6D1CD6078D4780DD2C59D67E96D0BCD47B | 08/10/2022<br>18:14:06 | Blacked Raw | 08/08/2022 | 08/30/2022 | PA0002367749 |
| 14 | Info Hash: ECB2BCD2B57FC232E0C6327EB9A5EEF58FC720F8<br>File Hash:<br>ACEB875F87F96F4F6779B11CD5A2EC52720944B751C5FC8EB367DF71CA6112E9 | 07/14/2022<br>16:18:17 | Vixen | 06/17/2022 | 06/27/2022 | PA0002355040 |
| 15 | Info Hash: 1EBC2F20824E705567B4FEB68EA1D690FC5A6F4B<br>File Hash:<br>C32DD0741B507A98C3F6EB1698AA53CF4F01E6B2BEFD059F99C55E2B67451ED9 | 07/04/2022<br>13:55:22 | Blacked | 07/02/2022 | 07/22/2022 | PA0002359461 |
| 16 | Info Hash: 35FDE5E9586A2384935D45D06B4A5CB93B6CC733<br>File Hash:<br>DA1977D3F3445C344AF9246990806BF6C58C2B94525C19D2F099076D968D8C09 | 04/07/2022<br>13:09:11 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 17 | Info Hash: 32D3F4AB545FDC4EA6FC8BD207A0EF4CC22F9724<br>File Hash:<br>E2750593EFCEF0D85D735FF5A59299E67BB67F7C84CFBFD829788FC0B7F3C0BF | 04/07/2022<br>13:00:28 | Blacked | 02/12/2022 | 02/14/2022 | PA0002335505 |
| 18 | Info Hash: 5DC2FDD94F0BEA0D820D57FE5F07334D76DE35BB<br>File Hash:<br>7AFC811A17D0B351422F3044B7887AB7B344719DB2065EAFBA4C5005D3D9FD45 | 04/06/2022<br>01:32:03 | Blacked Raw | 03/02/2020 | 04/17/2020 | PA0002246105 |
| 19 | Info Hash: F7442DAAF8189F3B302843DD0B83024C02E9714E<br>File Hash:<br>4B7186970A70F5C12C02C011B018B81B1F158012F0D279B1851ECFE87974A929 | 04/02/2022<br>21:16:00 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 20 | Info Hash: 926486BBD9FDFB006D7AA59CECF0B0CECA6A71E5<br>File Hash:<br>3DDDCD20C78E60D97705D3FB353BCFEA7390157EC1E9BCA6FBD846BE81C7C019 | 03/27/2022<br>22:05:42 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 21 | Info Hash: D204A564FFAB36ACE57D47332495FF7AFCF977E5<br>File Hash:<br>C9839EF89B6BE4AB812D10D536CCD00BE6D9D5D11C54213EB0E2A0DE46F3A651 | 03/14/2022<br>14:13:38 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 22 | Info Hash: CCB036966D15109AEF226C917EB117567355E4D4<br>File Hash:<br>3546FEAD7F9F6CCC421ECD4E80B0D58FDD60807BC4596D879F7750C3CC2693F6 | 02/05/2022<br>22:09:15 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |
| 23 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash:<br>DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 01/21/2022<br>15:14:11 | Blacked | 12/04/2021 | 12/09/2021 | PA0002325833 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: FA37740D9E7044B7F207B74D25434C7D3F937905<br>File Hash:<br>832AAAB63729BB4B8594F2B6EAF8C9C3EEE6703A0AACDC8E6EB24C13BE3FE5D9 | 10/22/2021<br>19:00:11 | Blacked | 10/16/2021 | 10/19/2021 | PA0002317055 |
| 25 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash:<br>C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 10/11/2021<br>00:48:06 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 26 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash:<br>D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10/11/2021<br>00:47:09 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |